1   ADRIENNE C. PUBLICOVER  (SBN 161432)
    Email: Adrienne.Publicover@WilsonElser.com
2   DENNIS J. RHODES  (SBN 168417)
    Email: Dennis.Rhodes@WilsonElser.com
3   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4   525 Market Street, 17th Floor
    San Francisco, CA  94105
5   Tel: (415) 433-0990 / Fax: (415) 434-1370

6   Attorneys for Defendant RELIANCE STANDARD
    LIFE INSURANCE COMPANY
7

8   LAURENCE F. PADWAY  (SBN 083914)
    Email: lpadway@padway.com
9   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
10  Alameda, CA  94501
    Tel: (510) 814-0680 / Fax: (510) 814-0650
11
    Attorneys for Plaintiff LONNIE PHIPPS
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15  LONNIE PHIPPS,                        )  Case No.: 3:11-cv-02151-JCS
                                          )
16          Plaintiff,                    )  **STIPULATION TO EXTEND TIME TO**
                                          )  **ANSWER OR OTHERWISE RESPOND**
17      v.                                )  **TO PLAINTIFF'S COMPLAINT; AND**
                                          )  **[PROPOSED] ORDER**
18  RELIANCE STANDARD LIFE INSURANCE )
    COMPANY,                              )  **[Local Rule 6-1]**
19                                        )
            Defendant,                    )
20  _____ )

21        **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff

22  Lonnie Phipps and Defendant Reliance Standard Life Insurance Company, through their attorneys

23  of record, as follows:

24        1.     The response of Reliance Standard Life Insurance Company to plaintiff's

25  Complaint currently are due on June 6, 2011;

26        2.     The parties have agreed that Reliance Standard Life Insurance Company may have

27

28
                                         1
    **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**
    **TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

1    a 15 day extension, to and including June 21, 2011 to answer or otherwise respond to the

2    Complaint herein; and

3            3.      This extension will not alter the date of any event or any deadline already fixed by

4    Court order.

5

6    Date: June 2, 2011          WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP

7

8                               By:    */s/ Dennis J. Rhodes*
                                       ADRIENNE C. PUBLICOVER
9                                      DENNIS J. RHODES
                                       Attorneys for
10                                     RELIANCE STANDARD LIFE
                                       INSURANCE COMPANY

11

12   Date: June 2, 2011          LAW OFFICES OF LAURENCE F. PADWAY

13

14                              By:    */s/ Laurence F. Padway*
                                       LAURENCE F. PADWAY
15                                     Attorneys for Plaintiff
                                       LONNIE PHIPPS

16

17

18                                   **ORDER**

19   **IT IS SO ORDERED.**

20

21   Date:_____June 6, 2011_____        By:_____

22                                         HONO...                         ...ERO
                                           UNITE...    Judge Joseph C. Spero    ...GISTRATE JUDGE

23

24

25

26

27

28

---
                                            2
            **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**
            **TO PLAINTIFF'S COMPLAINT; AND [~~PROPOSED~~] ORDER**
     USDC NDCA Case #3:11-cv-02151-JCS

**CERTIFICATE OF SERVICE**
*Lonnie Phipps  v. Reliance Standard Life Insurance Company*
*USDC NDCA Cas # 3:11-cv-02151-JCS*

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

à____: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

___X___: **By Electronic Service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:    (510) 814-0680
Fax:    (510) 814-0650

*Attorneys for Plaintiff*
*LONNIE PHIPPS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 2, 2011**, at San Francisco, California.

_____
/S/
Liza Cachero

---

3
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #3:11-cv-02151-JCS