ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant RELIANCE STANDARD
LIFE INSURANCE COMPANY


LAURENCE F. PADWAY  (SBN 083914)
Email: lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

Attorneys for Plaintiff LONNIE PHIPPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE PHIPPS,<br><br>           Plaintiff,<br><br>     v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>           Defendant, | Case No.: 3:11-cv-02151-SBA<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER**<br><br>**[Local Rule 6-1]** |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Lonnie Phipps and Defendant Reliance Standard Life Insurance Company, through their attorneys of record, as follows:

1. The response of Reliance Standard Life Insurance Company to plaintiff's Complaint currently is due on June 21, 2011;

2. The parties have agreed that Reliance Standard Life Insurance Company may have

a further 15 day extension, to and including July 5, 2011 to answer or otherwise respond to the Complaint herein; and

    3.    This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: June 22, 2011    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for
RELIANCE STANDARD LIFE
INSURANCE COMPANY

Date: June 22, 2011    LAW OFFICES OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
LONNIE PHIPPS

**ORDER**

**IT IS SO ORDERED.**

Date: 6/27/11    By: *Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
*Lonnie Phipps  v. Reliance Standard Life Insurance Company*
*USDC NDCA Cas #* 3:11-cv-02151-SBA

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

➔     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

___X___: **By Electronic Service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:     (510) 814-0680
Fax:    (510) 814-0650

*Attorneys for Plaintiff*
*LONNIE PHIPPS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 28, 2011**, at San Francisco, California.

                                                                _/S/Liza H. Cachero_
                                                                Liza Cachero