ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant RELIANCE STANDARD
LIFE INSURANCE COMPANY


LAURENCE F. PADWAY  (SBN 083914)
Email: lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

Attorneys for Plaintiff LONNIE PHIPPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE PHIPPS,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant, | Case No.: 3:11-cv-02151-SBA<br><br>**STIPULATION FOR STAY OF PROCEEDINGS; AND ORDER**<br><br>**[Local Rule 6-1]** |

   Plaintiff Lonnie Phipps and Defendant Reliance Standard Life Insurance Company, through their attorneys of record submit this stipulation for a 30 day stay of proceedings for good cause as follows:

   1.   Since the time Plaintiff has filed the action, the Parties have had ongoing settlement discussions.  In an effort to resolve the matter without expending judicial and litigation resources, and to allow the Parties time to determine if they can resolve this matter, the Parties request that the Court stay this action for 30 days or for a time thereafter that best suits this Court's docket.

---

1
**STIPULATION FOR STAY OF PROCEEDINGS; AND [PROPOSED] ORDER**
USDC NDCA Case #3:11-cv-02151-SBA
703703.1

2. Should the matter settle prior to the expiration of the stay, Plaintiff will notify the Court accordingly of any settlement.

3. Should the matter not settle, the Parties will advise the Court of the status by September 6, 2011, and request that the Court set a date for the Case Management Conference.

**SO STIPULATED:**

Date: July 8, 2011              WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP


                                By:   */s/ Dennis J. Rhodes*
                                      ADRIENNE C. PUBLICOVER
                                      DENNIS J. RHODES
                                      Attorneys for
                                      RELIANCE STANDARD LIFE
                                      INSURANCE COMPANY


Date: July 8, 2011              LAW OFFICES OF LAURENCE F. PADWAY


                                By:   */s/ Laurence F. Padway*
                                      LAURENCE F. PADWAY
                                      Attorneys for Plaintiff
                                      LONNIE PHIPPS


**ORDER**

**IT IS SO ORDERED.**

The matter is hereby stayed until August 8, 2011.  Counsel shall notify the Court of the status of settlement by no later than August 8, 2011.  In the event that the Case is not settled, a Case Management Conference is scheduled for September 15, 2011 at 3:15 p.m.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing

Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call.  On the specified date and time for the Case Management Conference, Plaintiff shall call (510) 637-3559 with all parties on the line.

Date:7/12/11                              By: *Saundra B. Armstrong*
                                          HONORABLE SAUNDRA B. ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28