1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES  (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendant RELIANCE STANDARD
   LIFE INSURANCE COMPANY
7

8  LAURENCE F. PADWAY  (SBN 083914)
   Email: lpadway@padway.com
9  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
10 Alameda, CA  94501
   Tel: (510) 814-0680 / Fax: (510) 814-0650
11
   Attorneys for Plaintiff LONNIE PHIPPS
12

13              UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA

15 LONNIE PHIPPS,                    )  Case No.: 3:11-cv-02151-SBA
                                     )
16              Plaintiff,           )  **STIPULATION TO EXTEND**
                                     )  **DISCOVERY DEADLINES; AND  ORDER**
17        v.                         )
                                     )
18 RELIANCE STANDARD LIFE INSURANCE  )
   COMPANY,                          )
19                                   )
                                     )
20              Defendant,           )
   _____   )

21        Whereas, the Order re Pretrial Preparation of September 20, 2011 scheduled discovery

22 deadlines in this action as follows:

23              Close of Non-expert Discovery: February 14, 2012

24              Last Day for Expert Disclosure: February 14, 2012

25              Last Day for Rebuttal Expert Disclosure: February 28, 2012

              Last Day for Expert Discovery: April 3, 2012
26

27 ; and

28

Whereas, the parties are attempting to resolve the remaining issues of the case and wish to avoid unnecessary expenditures and extend the discovery deadline;

Now, therefore, the parties stipulate to the following discovery deadline:

Close of Non-expert Discovery: March 15, 2012

Last Day for Expert Disclosure: February 20, 2012

Last Day for Rebuttal Expert Disclosure: March 5, 2012

Last Day for Expert Discovery: March 30, 2012

This stipulation will not affect the ability of the parties to comply with the other deadlines set forth in the Order for Pretrial Preparation.

IT IS SO STIPULATED.

Date: February 7, 2012                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                             By:___/s/ Dennis J. Rhodes_____
                                          ADRIENNE C. PUBLICOVER
                                          DENNIS J. RHODES
                                          Attorneys for
                                          RELIANCE STANDARD LIFE
                                          INSURANCE COMPANY


Date: February 7, 2012                    LAW OFFICES OF LAURENCE F. PADWAY


                             By:___/s/ Laurence F. Padway_____
                                          LAURENCE F. PADWAY
                                          Attorneys for Plaintiff
                                          LONNIE PHIPPS


**<u>ORDER</u>**

**IT IS SO ORDERED.**


Date:__2/8/12_____     By:___*Saundra B Armstrong*_____
                                          HONORABLE SAUNDRA B. ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND DISCOVERY DEADLINES; AND [PROPOSED] ORDER**
USDC NDCA Case #3:11-cv-02151-SBA
Error! Unknown document property name.