1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES  (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendant RELIANCE STANDARD
   LIFE INSURANCE COMPANY
7

8  LAURENCE F. PADWAY  (SBN 083914)
   Email: lpadway@padway.com
9  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
10 Alameda, CA  94501
   Tel: (510) 814-0680 / Fax: (510) 814-0650
11
   Attorneys for Plaintiff LONNIE PHIPPS
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 LONNIE PHIPPS,                        ) Case No.: 3:11-cv-02151-SBA
                                         )
16         Plaintiff,                    ) **STIPULATION TO EXTEND**
                                         ) **DISCOVERY DEADLINES; AND  ORDER**
17     v.                                )
                                         )
18 RELIANCE STANDARD LIFE INSURANCE      )
   COMPANY,                              )
19                                       )
           Defendant,                    )
20                                       )

21     Whereas, the Order re Pretrial Preparation of September 20, 2011 scheduled discovery
22 deadlines in this action as follows:

23
            Close of Non-expert Discovery: February 14, 2012
24          Last Day for Expert Disclosure: February 14, 2012
            Last Day for Rebuttal Expert Disclosure: February 28, 2012
25          Last Day for Expert Discovery: April 3, 2012
26

27 ; and

28

---

1
**STIPULATION TO EXTEND DISCOVERY DEADLINES; AND [PROPOSED] ORDER**
USDC NDCA Case #3:11-cv-02151-SBA

Error! Unknown document property name.

Whereas, the parties are attempting to resolve the remaining issues of the case and wish to avoid unnecessary expenditures and extend the discovery deadline;

Now, therefore, the parties stipulate to the following discovery deadline:

    Close of Non-expert Discovery: March 15, 2012
    Last Day for Expert Disclosure: February 20, 2012
    Last Day for Rebuttal Expert Disclosure: March 5, 2012
    Last Day for Expert Discovery: March 30, 2012

This stipulation will not affect the ability of the parties to comply with the other deadlines set forth in the Order for Pretrial Preparation.

IT IS SO STIPULATED.

Date: February 7, 2012    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for
RELIANCE STANDARD LIFE INSURANCE COMPANY

Date: February 7, 2012    LAW OFFICES OF LAURENCE F. PADWAY

By: */s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
LONNIE PHIPPS

## ORDER

**IT IS SO ORDERED.**

Date: 2/8/12    By: *Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Error! Unknown document property name.