UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PHIPPS,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant(s). | No. C 11-02151 SBA (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on Tuesday, May 22, 2012. Now before the Court is **Defendant Reliance Standard Life Insurance Company's** request to allow it representative, **Karen McGill, Manager Quality Review**, to appear by telephone at the conference. Good cause appearing, the request is **GRANTED**. However, Defendant is hereby advised that, should the case not settle and a further settlement conference be scheduled, Defendant's representative Karen McGill will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: May 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge