UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LONNIE PHIPPS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RELIANCE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No: C 11-02151 SBA<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

Pursuant to the parties' stipulation, Dkt. 49, IT IS HEREBY ORDERED THAT the pretrial conference and trial dates are VACATED. The Court will reschedule, if necessary, the pretrial conference and trial dates following the parties Settlement Conference before Magistrate Judge Maria-Elena James on September 26, 2012. See Dkt. 50. By no later than seven (7) days after the Settlement Conference, the parties shall file a joint statement notifying the Court of the status of this case.

IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled for **July 26, 2012 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line. This Order terminates Docket 49.

IT IS SO ORDERED.

Dated: 6/6/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28