UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LONNIE PHIPPS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No: C 11-2151 SBA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　In view of the parties' representations in their Case Management Statement, Dkt. 62, there no longer appears to be any need for a further Case Management Conference. Accordingly, the Case Management Conference scheduled for December 6, 2012 is VACATED.

　　IT IS SO ORDERED.

Dated: December 6, 2012

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge