| | |
|---|---|
| 1 | SEAN P. NALTY (SBN: 121253) |
| | Email:  Sean.Nalty@WilsonElser.com |
| 2 | DENNIS J. RHODES (SBN 168417) |
| | Email:  Dennis.Rhodes@WilsonElser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| | **    EDELMAN & DICKER LLP** |
| 4 | 525 Market Street – 17th Floor |
| | San Francisco, California 94105-2725 |
| 5 | Telephone:     (415) 433-0990 |
| | Facsimile:      (415) 434-1370 |
| 6 | |
| | Attorneys for Defendant, |
| 7 | **RELIANCE LIFE INSURANCE COMPANY** |
| 8 | |
| | LAURENCE F. PADWAY (SBN: 83914) |
| 9 | Email:  Lpadway@padway.com |
| | **LAW OFFICES OF LAURENCE F. PADWAY** |
| 10 | 1516 Oak Street, Suite 109 |
| | Alameda, California 94501 |
| 11 | Telephone:     (510) 814-6100 |
| | Facsimile:      (510) 814-0650 |
| 12 | |
| | Attorney for Plaintiff, |
| 13 | **LONNIE PHIPPS** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE PHIPPS, | Case No.:  C 11-02151 SBA |
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| v. | |
| RELIANCE LIFE INSURANCE COMPANY, | Assigned For All Purposes To: Honorable Saundra B. Armstrong |
| Defendants. | |
| | Action Filed: May 2, 2011 |

     IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff LONNIE PHIPPS, and defendant RELIANCE LIFE INSURANCE COMPANY, through their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

IT IS HEREBY AGREED AND STIPULATED that this entire action, including the complaint and any counterclaim on file herein, shall be dismissed with prejudice and in its entirety, each side to bear their own attorney fees and costs.

Dated: March 6, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
DENNIS J. RHODES
Attorneys for Defendant,
**RELIANCE LIFE INSURANCE COMPANY**

Dated: March ___, 2013

LAW OFFICES OF LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorney for Plaintiff,
**LONNIE PHIPPS**

## [PROPOSED] ORDER

Pursuant to the settlement of this matter and the stipulation of the parties, this matter is hereby dismissed with prejudice and in its entirety, each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 3/8/13

_[signature]_
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES SENIOR DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Lonnie Phipps v. Reliance Standard Life Insurance Company*
*Case No. C 11-02151 (JCS)*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| Laurence F. Padway, Esq.<br>Law Offices of Laurence F. Padway<br>1516 Oak Street, Suite 109<br>Alameda, CA 94501<br>Telephone:   (510) 814-6100<br>Facsimile:     (510) 814-0650<br>Email:  Lpadway@padway.com<br>***Attorney for Plaintiff, Lonnie Phipps*** | Mark J. Shostak, Esq.<br>Law Offices of John E Hill<br>8105 Edgewater Drive, Suite 100<br>Oakland, CA 94621<br>Telephone:   (510) 588-1000<br>Facsimile:     (510) 729-6333<br>***Attorney for Plaintiff, Lonnie Phipps*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on March 8, 2013, at San Francisco, California.

Marissa Y. Otellini

3
STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER
997756.1                                                                Case No.: CV 11-02151 (SBA)

**SERVICE LIST**
*Lonnie Phipps v. Reliance Standard Life Insurance Company*
*Case No. C 11-02151 (JCS)*

☐: **By Electronic Service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

☐: **By Overnight Delivery.**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☒: **By United States Mail.**  I placed the envelope(s) for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Fax Transmission.**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which was printed out, is attached.

*Dismissal filed w/o prejudice as to 3/1/11:*

Janlynn R. Fleener, Esq.
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
***Attorney for Defendant,***
***Golden 1 Credit Union***

5
STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

997756.1                                                      Case No.: CV 11-02151 (SBA)